**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR. No. 1:06-M-124A** |
| | : | |
| | : | |
| **VILMA MORALES** | : | |
| | : | |

**JOINT MOTION TO EXCLUDE CERTAIN TIME UNDER THE SPEEDY TRIAL ACT**

The United States, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, and defendant Vilma Morales, by and through her attorney, George J. West, Esq., move the Court to exclude the period December 1, 2006 through January 4, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this joint motion, the government and the defendant state as follows:

1. The government and the defendant are currently engaged in plea negotiations, which may lead to the prompt resolution of the charges filed by complaint in this matter, thereby conserving judicial resources.

2. Counsel for the defendant has only recently entered his appearance, and counsel and the defendant therefore need

additional time to discuss and consider a proposed plea agreement.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial. A proposed Order will be submitted to the Court.

Respectfully submitted,

VILMA MORALES,

By her Attorney,

/s/ George J. West

GEORGE J. WEST, Esq.
76 Westminster Street
Providence, RI 02903
Tele: (401) 861-9042
FAX: (401) 861-0330
Georgew180@aol.com

UNITED STATES OF AMERICA,

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: November 14, 2006