**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR. No. 1:06-M-124A** |
| | : | |
| | : | |
| **VILMA MORALES** | : | |
| | : | |

**JOINT MOTION TO EXCLUDE CERTAIN TIME**
**UNDER THE SPEEDY TRIAL ACT**

The United States, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Peter F. Neronha, Assistant United States Attorney, and defendant Vilma Morales, by and through her attorney, George J. West, Esq., move the Court to exclude the period January 5, 2007 through January 25, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b). As grounds for this joint motion, the government and the defendant state as follows:

On November 15, 2006, the Court issued an order excluding the period December 1, 2006 through January 4, 2007 from the thirty day period within which an information or an indictment must be filed against the defendant pursuant to 18 U.S.C. § 3161(b), so as to permit the parties to engage in plea negotiations. Such plea negotiations appear to be leading to a prompt resolution of the charges filed by complaint in this matter, but are not yet concluded. Additional time is needed in

part because the defendant does not speak English, and therefore counsel for the defendant must arrange to have a translator present for meetings with defendant to discuss the government's proposed plea agreement. The parties therefore request that a short period of additional period of time, from January 5, 2007 through January 25, 2007, be excluded from the time by which the defendant must be charged by information or indictment, so that the ongoing plea negotiations may be concluded and judicial resources may be conserved.

Accordingly, the ends of justice will be served by excluding the afore-mentioned time period, and such ends of justice outweigh the interest of the defendant and the public in a speedy indictment and/or trial. A proposed Order is attached.

Respectfully submitted,

VILMA MORALES,
By her Attorney,

/s/ George J. West
GEORGE J. WEST, Esq.
76 Westminster Street
Providence, RI 02903
Tele: (401) 861-9042
FAX: (401) 861-0330
Georgew180@aol.com

Date: December 20, 2006

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza – 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov